UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL JOSE ORTEGA,<br><br>Defendant. | Case No. 4:14-cr-00255-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant Uriel Ortega's Motion for Sentence Reduction Pursuant to Amendment 821. *See* Dkt. 161. For the reasons explained below, the Court will deny the motion.

## DISCUSSION

Ortega is serving a 264-month sentence for conspiracy to distribute methamphetamine. His scheduled release date is July 26, 2033, and he is housed at Ray Brook FCI. *See* https://www.bop.gov/inmateloc/ (last visited April 15, 2026). Ortega asks the Court to "appoint counsel for the purpose of effectively calculating his new criminal history category." Dkt. 161, at 6. Alternatively, he asks the Court to simply "resentence him in accordance with Amendment 821." *Id.*

Ortega's arguments relating to his criminal history category and Amendment

MEMORANDUM DECISION AND ORDER - 1

821 were raised earlier, in his motion for compassionate release. Both sides thus had a chance to fully address this issue, and the Court was not persuaded by Defendant's argument. *See e.g., Government's Objection to Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2),* Dkt. 153, at 1 (arguing that "the Court should deny the portion of the motion pertaining to the recently enacted guidelines amendments because the Defendant is not eligible for a reduction"); *Defendant's Reply,* Dkt. 154; *Order,* Dkt. 55. Nothing has changed. For the reasons explained in the government's earlier briefing (Dkt. 153, at 2-4), Mr. Ortega is not eligible for a reduction in sentence under Amendment 821. Accordingly, the Court will deny the motion in its entirety.

## ORDER

**IT IS ORDERED that** Defendant's Motion for Sentence Reduction Pursuant to Amendment 821 (Dkt. 161) is **DENIED.**



DATED: April 20, 2026

_____
B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2